UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

N.E. TAYLOR BOATWORKS, INC.,

    Plaintiff,

v.                              Case No. 8:10-cv-1844-T-33EAJ

THE M/V SIR WINSTON, a 118-foot
power vessel, her engines,
tackle, furniture, equipment,
appurtenances, etc., in rem,
and WINSTON KNAUSS, individually,
in personam, her Owner,

    Defendants.
_____/

**ORDER**

This cause is before the Court pursuant to Defendants' Motion for Leave to Allow Electronic Equipment into Courtroom[1] (Doc. # 36).

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla.  However, this Court will allow Patrick Novak, Esq. to bring a laptop computer and a cellular phone into the Federal Courthouse for the duration of the trial of this case, which

---

[1] Defendants' motion requests an Order authorizing the use of "laptop computer/I-Pad, cell phones."  Doc. # 36 at ¶ 1.  For security reasons, the Court must identify specific equipment to be brought in by specific persons.  Because no specific persons are listed, the Court will authorize Patrick Novak, Esq. to bring in one laptop computer and one cell phone.

is scheduled for the **January 2012** trial calendar and is estimated to last for 2-3 days.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Counsel shall turn off cellular telephones in the Courtroom. Counsel may make use of cellular telephones outside of the Courtroom, such as in the attorney conference rooms and in the public areas of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment is subject to inspection at any time by the Court Security Officers and United States Marshals. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

Defendants' Motion for Leave to Allow Electronic Equipment into Courtroom (Doc. # 36) is **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of December, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record